IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11427-F

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 5 2012

JOHN LEY
CLERK

ARNESS BIRDETTE,

          Plaintiff-Appellant,

versus

DISH NETWORK,
ENCHANCED RECOVERY COMPANY, LLC,

          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

Arness Birdette has moved for leave to proceed on appeal *in forma pauperis* in order to challenge the dismissal of her civil complaint brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692. Birdette's motion is DENIED because her allegation of poverty appears to be untrue in light of the financial statements in her affidavit of indigency.

/s/ _____
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 15, 2012

Arness Birdette
1861 LAZY COVE CT
LITHIA SPRINGS, GA 30122

Appeal Number: 12-11427-F
Case Style: Arness Birdette v. Dish Network, et al
District Court Docket No: 1:12-cv-00285-JEC

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the DISTRICT COURT clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

MOT-2 Notice of Court Action